# EXHIBIT 1



Hello,

FlightAware respects the privacy of your personal information and takes the security of that information seriously. We write to let you know about a data security incident that potentially involves your personal information and out of an abundance of caution, we are requiring you to reset your password. Upon your next log-in to FlightAware, you will be prompted to reset your password or, for your convenience, you may use the following link (https://www.flightaware.com/account/reset).

**What Happened?**

On July 25, 2024, we discovered a configuration error that may have inadvertently exposed your personal information in your FlightAware account, including user ID, password, and email address. Depending on the information you provided, the information may also have included your full name, billing address, shipping address, IP address, social media accounts, telephone numbers, year of birth, last four digits of your credit card number, information about aircraft owned, industry, title, pilot status (yes/no), and your account activity (such as flights viewed and comments posted).

**What We Are Doing?**

FlightAware values your privacy and deeply regrets that this incident occurred. Once we discovered the exposure, we immediately remedied the configuration error. Out of an abundance of caution, we are also requiring all potentially impacted users to reset their password.

Please note that this notification was not delayed as a result of a law enforcement investigation.

**What Other Steps Can You Take?**

If there is anything FlightAware can do to further assist you, please email our Customer Support Center at privacy@flightaware.com or write to FlightAware - Attn: Privacy, 11 Greenway Plaza, Suite 2900, Houston, TX 77046.

Sincerely,

Matt Davis,
President and General Manager
FlightAware, Inc.

Privacy   Terms of Use

©2024 FlightAware

11 Greenway Plaza, Suite 2900, Houston, Texas 77046

All rights reserved.