## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Texas

Case Number: 4:24-CV-03244

Plaintiff:
**Ellen Stokar, on behalf of herself and on behalf of all other similarly situated individuals**

vs.

Defendant:
**Flightaware, LLC**

For:
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120

Received by Anthony Collins on the **16th day of September, 2024** at **9:39 am** to be served on **FlightAware, LLC by serving its Registered Agent, CT Corporation System, 1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**.

I, Anthony Collins, being duly sworn, depose and say that on the **16th day of September, 2024** at **2:55 pm**, I:

Executed service by hand delivering a true copy of the **Summons in a Civil Action and Class Action Complaint with Exhibit 1, and Civil Cover Sheet** to: **William Miller**, an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.**, who is authorized to accept service of process for **FlightAware, LLC**, at the address of: **1999 Bryan St, Ste 900, Dallas, Dallas County, TX 75201**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

BAYLOR JESTIS
Notary Public, State of Texas
Comm. Expires 11-16-2026
Notary ID 134067560

Anthony Collins
PSC-357 Expires 12/31/2025

Subscribed and Sworn to before me on the 17th day of September, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2024008271
Ref: Stokar v. Flightaware

