UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ELLEN STOKAR,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FLIGHTAWARE, LLC**,<br><br>Defendant. | Case No. 4:24-cv-03244 |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ellen Stokar files this Notice of Dismissal, hereby dismissing the causes of action asserted in the Complaint in the above-captioned action without prejudice. Dismissal is proper because Defendant has not served an answer or a motion for summary judgment.

Dated: January 23, 2025

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
4131 N. Central Expressway, Ste. 900
Dallas, TX 75204
-and-
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman